

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| NANCY FERNANDEZ-GRAHAM, | § | No. 08-23-00198-CV |
| Appellant, | § | Appeal from the |
| v. | § | 456th Judicial District Court |
| KENNETH GRAHAM, | § | of Guadalupe County, Texas |
| Appellee. | § | (TC#18-1579-CV-A) |

### MEMORANDUM OPINION

This appeal is before the Court on Appellant's unopposed motion to dismiss. [1] Accordingly, as we have not yet issued an opinion in this case, we grant the motion and dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1) (the Court may dismiss an appeal in accordance with a motion of appellant). Costs of the appeal are taxed against Appellant. TEX. R. APP. P. 42.1(d). All other pending motions are denied as moot.

YVONNE T. RODRIGUEZ, Chief Justice

August 22, 2023

Before Rodriguez, C.J., Palafox, and Soto, J.J.

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.